In the Matter of JOSE ALMONTE, Appellant, v JOSEPH P. SMITH, as Superintendent of Shawangunk Correctional Facility, Respondent.

Submitted October 20, 2014; decided November 24, 2014

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

ARCHSTONE, Formerly Known as ARCHSTONE-SMITH OPERATING TRUST, et al., Appellants, v TOCCI BUILDING CORPORATION OF NEW JERSEY, INC., et al., Defendants, and LIBERTY MUTUAL INSURANCE COMPANY, Respondent. (And Third-Party Actions.)

Submitted October 20, 2014; decided November 24, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of ECHO WESTLEY DIXON, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent.

Submitted October 20, 2014; decided November 24, 2014

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

In the Matter of ROY DEN HOLLANDER, Appellant, v CITY OF NEW YORK COMMISSION ON HUMAN RIGHTS, Respondent.

Submitted October 6, 2014; decided November 24, 2014

Motion to dismiss appeal, treated as a motion for reargument of appellant's motion for leave to appeal, granted and, upon reargument, motion for leave to appeal denied [*see* 24 NY3d 903 (2014)].